# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Priscilla D Legette, ) | |
| ) | |
| ) | Civil Action. No.:1:12-cv-03070-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon motion of Plaintiff, through his attorney, Jeffery L. Sabel, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. [ECF No. 34]. Plaintiff's motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $4,564.45 in attorney's fees at $181.67 per hour for 21.125 hours. Defendant's response to Plaintiff's motion [ECF No. 35] notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein.

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's stipulated request for fees reasonable.

Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $4,564.45 in attorney's fees. The award of attorney's fees shall be paid under the EAJA in the amount of $4,564.45 .

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset

Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

February 26, 2014
Greenville, South Carolina